■ ZARAH HAXHAJ, an Infant, by Her Mother and Natural Guardian, YASMIN HAXHAJ, et al., Appellants, v CITY OF NEW YORK, Defendant, and THE CENTRAL PARK CONSERVANCY, Respondent. [892 NYS2d 341]—

Plaintiffs were unable to show that defendant City, whose duty to maintain its roads and highways in a reasonably safe condition is nondelegable (*see Lopes v Rostad*, 45 NY2d 617, 623 [1978]; *McAllen v City of New York*, 270 AD2d 43 [2000]), had prior written notice of the alleged defect in the pathway (Administrative Code of City of NY § 7-201 [c]), or that either defendant had created the defect through its own affirmative negligence. They further failed to demonstrate that any circumstances exist under which CPC, a contractor, could have owed a duty of care to them (*see Espinal v Melville Snow Contrs.*, 98 NY2d 136, 138 [2002]). The agreement between the defendants did not indicate that CPC assumed any duty of the City to maintain the premises in a safe condition.

We have considered plaintiffs' remaining contentions and find them unavailing. Concur—Gonzalez, P.J., Tom, Sweeny, Freedman and Abdus-Salaam, JJ.